AO91 (Rev. 12/03)  Criminal Complaint                                                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Welinton Yurandir ARREDONDO-Morataya
A203 669 990  Guatemala

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-4020

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about July 15, 2019 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on July 15, 2019. The defendant is a citizen of Guatemala who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on July 15, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/  Ramirez3, Jesus M.  Border Patrol Agent
Signature of Complainant

Ramirez3, Jesus M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 16, 2019                                                        at        Brownsville, Texas
Date                                                                              City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                           Signature of Judge